CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

UNITED STATES OF AMERICA,                          Case No: 22-40086-TC-3
                                                   AUSA: Stephen Hunting
                    Plaintiff,                     Defendant: J. Justin Johnston

v.

RICHARD ROBINSON,
                    Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | November 14, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:19 p.m. |
| INTERPRETER: | _____ | PROBATION: | Christina Stapp |

## PROCEEDINGS

☒ **Initial Appearance – 4 min.**     ☐ **Initial Revocation Hearing – min.**     ☐ **Bond Hearing – min.**

☒ **Arraignment – 5 min.**     ☐ **Initial Rule 5(c)(3) – min.**     ☐ **Bond Revocation Hearing – min.**

☐ **Detention Hearing – min.**     ☐ **Preliminary Hearing – min.**     ☐ **In-Court Hearing – min.**

☐ **Defendant sworn**     ☒ **Examined re: financial status**     ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**     ☒ **Advised of Due Process Protections Act**

☒ **Constitutional Rights Explained**     ☐ **Felony**     ☐ **Misdemeanor**

☐ **Declines to Waive Indictment**     ☐ **Will be presented to next Grand Jury**

☐ **Signed Waiver of Indictment**     ☐ **Information filed**

☐ **Advised of Rights Under Rule _____**     ☐ **Signed Consent to Transfer _____**

☒ **Waived Reading**     ☐ **Read to Defendant:**     ☐ **Indictment**     ☐ **Information**     ☐ **Complaint**

☒ **Number of Counts:  2**     ☐ **Guilty**     ☒ **Not Guilty**     ☐ **Indictment Unsealed**

☐ **Bond Revoked**     ☐ **Continued on present conditions**     ☐ **Release Order executed**     ☒ **Remanded to Custody**

☒ **Oral motion by Government for pretrial detention of defendant.**

☐ **Detention ordered – Oral motion GRANTED.**

☒ **Oral motion by Defendant  to continue Detention Hearing. The court grants the continuance.**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**

☒ **Status Conference: December 14, 2022 at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.**

☒ **Defendant's next appearance: Detention Hearing on November 17, 2022 at 11:00 a.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER:**  Defendant appears in person, in custody and the court appoints J. Justin Johnston. Government moves for detention. Defendant requests a continuance of the hearing. The court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.