**SEALED**

AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____Kansas_____

UNITED STATES OF AMERICA

V.

RICHARD "BONE" ROBINSON (03)

**WARRANT FOR ARREST**

Case Number: 22-40086-03-TC

**RECEIVED**
By U.S. Marshals Service at 2:52 pm, Nov 10, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RICHARD "BONE" ROBINSON (03)_____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

[✓] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court

[ ] Pretrial Release Violation Petition    [ ] Probation Violation Petition    [ ] Supervised Release Violation    [ ] Violation Notice

charging him or her with   (brief description of offense)
Ct. 1:    18 U.S.C. § 241 - CONSPIRACY AGAINST RIGHTS
Ct. 2:    18 U.S.C. § 1584 - INVOLUNTARY SERVITUDE

[✓] in violation of Title ___18___ United States Code, Section(s) ___241___

[ ] in violation of the conditions of his or her pretrial release imposed by the court.

[ ] in violation of the conditions of his or her supervision imposed by the court.

SKYLER B. O'HARA                                                 s/M. Barnes, Deputy Clerk
Name of Issuing Officer                                            Signature of Issuing Officer

Clerk of Court                                                        November 10, 2022    Topeka, Kansas
Title of Issuing Officer                                              Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

Subject was arrested by FBI in Topeka, KS

| DATE RECEIVED 11.10.22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11.14.22 | | |