### CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

**UNITED STATES OF AMERICA,**

                                                                        **Case No: 22-40086-TC-3**
                                                                        **AUSA: Stephen Hunting**
                                    **Plaintiff,**                      **Defendant: J. Justin Johnston**

**v.**

**RICHARD ROBINSON,**
                        **Defendant.**

| JUDGE: | Judge Rachel E. Schwartz | DATE: | November 17, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 11:01 a.m. |
| INTERPRETER: | _____ | PROBATION: | Christina Stapp |

## PROCEEDINGS

☐ **Initial Appearance – min.**      ☐ **Initial Revocation Hearing – min.**      ☐ **Bond Hearing – min.**
☐ **Arraignment – min.**      ☐ **Initial Rule 5(c)(3) – min.**      ☐ **Bond Revocation Hearing – min.**
☐ **Detention Hearing – min.**      ☐ **Preliminary Hearing – min.**      ☒ **In-Court Hearing – 7 min.**


☐ **Defendant sworn**      ☐ **Examined re: financial status**      ☐ **Counsel appointed**


☐ **Charges and penalties explained to defendant**      ☐ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**      ☐ **Felony**      ☐ **Misdemeanor**
☐ **Declines to Waive Indictment**      ☐ **Will be presented to next Grand Jury**
☐ **Signed Waiver of Indictment**      ☐ **Information filed**
☐ **Advised of Rights Under Rule** _____      ☐ **Signed Consent to Transfer** _____


☐ **Waived Reading**      ☐ **Read to Defendant:**      ☐ **Indictment**      ☐ **Information**      ☐ **Complaint**
☐ **Number of Counts:**      ☐ **Guilty**      ☐ **Not Guilty**      ☐ **Indictment Unsealed**


☐ **Bond Revoked**      ☐ **Continued on present conditions**      ☒ **Release Order executed**      ☐ **Remanded to Custody**


**OTHER:  Defendant appears in person, in custody and with counsel J. Justin Johnston. Based on the report from pretrial services, the Government no longer moves for detention. The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.**