# UNITED STATES DISTRICT COURT

District of Kansas

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO. 5:22-CR-40086-03-TC

RICHARD ROBINSON (3),
a.k.a "Bone,"

Defendant.

## GOVERNMENT'S MOTION FOR REVOCATION OF DEFENDANT'S PRETRIAL RELEASE

### I. BACKGROUND

On November 10, 2022, a federal grand jury returned an indictment charging defendant Robinson and three co-defendants with conspiracy against rights under 18 U.S.C. § 241 and involuntary servitude under 18 U.S.C. § 1584. The indictment alleges conduct involving aggravated sexual abuse, attempted aggravated sexual abuse, kidnapping, and attempted kidnapping. (Doc. 1).

On November 17, 2022, Robinson was released on bond with conditions, including that he does not violate any federal, state, or local law. The Court advised Robinson of these conditions, provided him with a written copy of the order, and Robinson signed acknowledging his obligations. (Doc. 18).

## II. VIOLATION OF CONDITIONS

On July 15, 2026, Kansas City, Kansas Police Officers conducted a traffic stop on the defendant shortly after he departed his residence in his vehicle. Upon searching the defendant, officers found approximately $930.00 in the defendant's front pants pocket. After the defendant's arrest, officers executed a search warrant on the defendant's residence following an ongoing narcotics investigation. During the execution of the search warrant, officers found $1,000 located in a bedroom inside the defendant's residence. In the basement of the defendant's home, officers located the following:

- Empty plastic packaging containing suspected narcotics residue located in a trash container.
- One plastic container containing approximately 67.6 grams of suspected fentanyl, located inside a small white bucket. The substance tested positive for fentanyl using a *MobileDetect* instrument.
- One large hydraulic press located on the floor.
- One digital scale located on a shelf.
- Four bottles of food coloring located in the top drawer of a cabinet.
- Approximately 0.1 grams of suspected fentanyl located inside a white bucket on the floor.
- One glass container located inside a white bucket.
- One black FoodSaver vacuum sealer located on the floor.
- One container of baking soda located in the rear basement bedroom.
- Approximately 53.5 grams of suspected fentanyl located inside a cabinet. The substance tested positive for fentanyl using a *MobileDetect* instrument.
- One box of sandwich bags located in the cabinet area.
- Numerous miscellaneous empty plastic baggies, two digital scales, plastic containers containing suspected residue, one metal baking tray, and one sandwich bag box located inside a side table cabinet.

After receiving Miranda rights at Kansas City, Kansas Police Headquarters, officers informed the defendant that they had previously conducted controlled purchases of fentanyl from him. The defendant admitted that he sold fentanyl and stated that he attempted to dilute the product to reduce the risk of overdose. He explained that he used an aluminum press located in the basement of his home to recompress the diluted fentanyl into a saleable form. The defendant

further stated that he had approximately one ounce of fentanyl stored inside a cabinet next to a freezer in the basement.

On July 17, 2026, in Wyandotte County District Court, the defendant was charged with one count of Unlawful Distribution of Fentanyl in violation of K.S.A. 21-5705(a)(1) and (d)(3)(D), a level 1D, Nonperson Felony; one count of Unlawful Manufacture of a Controlled Substance, in violation of K.S.A. 21-5703(a) and (b)(1), a l, a level 2D, Nonperson Felony; one count of Possession of Drug Paraphernalia, in violation of K.S.A. 21-5709(b)(1) and (e)(2)(A), a level 5D, Nonperson felony; and one count of No Kansas Drug Tax Stamp in violation of K.S.A. 79-5204(a) and 79-5208, a level 10, Non-Person Felony.

Under 18 U.S.C. § 3148, "[a] person who has been released under section 3142 . . . and who has violated a condition of his release, is subject to a revocation of release" and "an order of detention." The Court "shall enter an order of revocation and detention if, after a hearing, the judicial officer (1) finds that there is . . . clear and convincing evidence that the person has violated any . . . condition of release," and "(2)—finds that—(A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not . . . pose a danger to the safety of any other person or the community; or (B) the person is unlikely to abide by any condition or combination of conditions of release." Id.

While on bond, the defendant admitted to committing new law violations by distributing and manufacturing fentanyl, an extremely dangerous drug. As a result, he was charged with four felonies in Wyandotte County District Court. During the execution of a search warrant at the defendant's residence, officers found four other adults present in the home, placing them in close proximity to the defendant's dangerous drug-related activities.

The government now respectfully asks this Court to revoke the defendant's release and issue and order of detention.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By:/s/ Jabari B. Wamble
Jabari B. Wamble, KS Bar No. 22730
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL

/s/ Kate Alexander
Kate A. Alexander, FL Bar. No. 27393
Trial Attorney
U.S. Department of Justice
Criminal Division
Human Rights and Special Prosecution Section
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 532-3373
Email: kate.alexander@usdoj.gov

/s/ Olimpia Michel
Olimpia E. Michel, NY Bar No. 4358321
Trial Attorney
U.S. Department of Justice
Criminal Division
Human Rights and Special Prosecution Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Tel: (202) 532-5185
E-mail: olimpia.michel@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 31, 2026

By: */s/ Jabari B. Wamble*
Jabari B. Wamble
Assistant United States Attorney